■ METROPOLITAN TRANSPORTATION AUTHORITY v BRUKEN REALTY CORPORATION.—Motion for leave to appeal to the Court of Appeals granted on the basis of the following certified question: "Was the order of the Supreme Court, as affirmed by this Court, properly made?" Concur—Murphy, P. J., Ross, Carro, Lynch and Ellerin, JJ.

■ GOODSTEIN CONSTRUCTION CORP. v CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted on the basis of the following certified question: "Was the order of the Supreme Court, as affirmed by this Court, properly made?" The parties are directed to proceed with discovery and pretrial proceedings. Concur—Murphy, P. J., Kupferman, Carro and Kassal, JJ.

■ GOLDSMITH v HOWMEDICA.—Motion for leave to appeal to the Court of Appeals granted on the basis of the following certified question: "Was the order of the Supreme Court entered on May 1, 1984, as affirmed by this Court, properly made?" Concur—Sullivan, J. P., Asch, Bloom, Fein and Milonas, JJ.